# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERVIN RICHARDSON, JR.,** | : | **Civil Action No. 1:05-CV-0601** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **COLE NATIONAL CORPORATION** | : | |
| **t/a Things Remembered,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 21st day of June, 2005, following the initial case management conference and upon agreement of counsel for the parties, it is hereby ORDERED that the parties shall have sixty (60) days to conduct limited discovery, prior to formal referral of this matter to mediation. Accordingly, the deadline for completion of said limited discovery is **Monday, August 15, 2005**. The court will defer issuance of a mediation referral order and a case management order until that time.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge
