**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ERVIN RICHARDSON, JR.,** | : | **CIVIL ACTION NO. 1:05-CV-0601** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **COLE NATIONAL CORPORATION,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 15th day of September, 2005, pursuant to the stipulation of Plaintiff Ervin Richardson, Jr., and Defendant Cole National Corporation, IT IS HEREBY ORDERED:

1. That any and all claims by Plaintiff Ervin Richardson, Jr., against Defendant Cole National Corporation be dismissed with prejudice.

2. That the Clerk of Courts re-caption this case as <u>Ervin Richardson, Jr. v. Things Remembers, Inc.</u>

                                                                            <u>S/ Christopher C. Conner</u>
                                                                            CHRISTOPHER C. CONNER
                                                                            United States District Judge