**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ERVIN RICHARDSON, JR.,** | : | **CIVIL ACTION NO. 1:05-CV-601** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| **v.** | : | |
| | : | |
| **THINGS REMEMBERED, INC.,** | : | |
| **Defendant** | : | |

**<u>O R D E R</u>**

Counsel having reported to the court that this action has been settled, **IT IS**

**HEREBY ORDERED THAT** this action is dismissed without costs and without

prejudice to the right of either party, upon good cause shown, to reinstate the action

within sixty (60) days if the settlement is not consummated.

<u>  S/ Christopher C. Conner  </u>
CHRISTOPHER C. CONNER
United States District Judge

Dated:      May 4, 2006